UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH E. HEBERT

VERSUS

COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

22-226-SDD-EWD

## RULING AND ORDER

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Erin Wilder-Doomes, dated August 10, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the final decision of the Acting Commissioner of Social Security is VACATED and Plaintiff's case is REMANDED to the Commissioner to conduct further proceedings consistent with this Ruling and Order.

Signed in Baton Rouge, Louisiana the 26 day of September, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 17.